## Fred J. Hintze, Appellee, v. Fred Burren et al. Fred Burren, Appellant.

Gen. No. 9,833.

opinion filed July 8, 1943. Weaver & Weaver and Gardner, Carton & Douglas, for appellant; Harry G. Weaver, Erwin W. Roemer and James A. Velde, of counsel; Rathje & Woodward and William E. Hooper, for appellee; John S. Woodward and William E. Hooper, of counsel. Opinion by PRESIDING JUSTICE HUFFMAN. Not to be published in full.